Original Complaint for Honorable Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
MB NOV 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOV 28 2007

James M Worthem

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Supt. Gary Hickerson
Sgt. Stoner
Sherriff Mr. Herrera
Sheriff Mr. Butler
Paramedic Ms. Douglas
Lt. Julian
Sheriff Mr. Salmon.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07CV6687
JUDGE LEINENWEBER
MAG. JUDGE COLE

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. Plaintiff(s):

Revised: 7/20/05

A. Name: James M Worthem

B. List all aliases: David Scott

C. Prisoner identification number: 2007-0071905

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002, Chicago Ill, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: MR. Gary Hickerson
Title: Superintendant
Place of Employment: Cook County Jail

B. Defendant: MR. Stoner
Title: Sargeant
Place of Employment: Cook County Jail

C. Defendant: MR. Herrera
Title: Sheriff officer
Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised: 7/20/05

# II. Defendants

D. Defendant: MR. Butler
   Title: sheriff officer
   Place of employment: Cook County Jail

E. Defendant: LT. MR. Julian
   Title: Lietenant
   Place of employment: Cook County Jail

F. Defendant: Ms. Douglas
   Title: Parametic
   Place of employment: Cook County Jail

G. Defendant: MR. Salmon
   Title: sheriff officer
   Place of employment: Cook County Jail

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A. Is there a grievance procedure available at your institution?

        YES (X) NO ( )  If there is no grievance procedure, skip to F.

    B. Have you filed a grievance concerning the facts in this complaint?

        YES ( ) NO (X)

    C. If your answer is **YES**:

        1. What steps did you take?

        2. What was the result?

        3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

    D. If your answer is **NO**, explain why not:
   _Because I've filed so many others before this one and all to no avail, I am being retaliated against and my state and federal constitutions are being so drastically violated so please believe this._

E.  Is the grievance procedure now completed?  YES ( )  NO (X)

F.  If there is no grievance procedure in the institution, did you complain to authorities?  YES ( )  NO ( )

G.  If your answer is **YES**:

  1. What steps did you take?

  _____

  _____

  _____

  2. What was the result?

  _____

  _____

H.  If your answer is **NO**, explain why not: Because I am being prejudiced against and if I've been denied Medical treatment by C.C.J Staff and officials and a Deliberate indifference what would a grievance accomplish with these officials, this Health issue is a problem and are so slow to Answer my pleas so it is my prayer that the courts will answer my pleas.

4

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

   A. Name of case and docket number: _____
   _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____
   _____

   D. List all defendants: _____
   _____
   _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____
   _____

   G. Basic claim made: _____
   _____
   _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
   _____
   _____

   I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

On 11/8/07 I began getting red spots on my arm, I thought nothing of it until 2 days later when I began getting more spots on different parts of my body, I began to complain to C/O Herrera and Mr. C/O Butler of whom put it in log book and told me to put in a Request form, I told them I never had an out break like this and that I was scared it may be "Merca" but officials kept ignoring me as they always do, at which is in direct Retaliation towards me for my writing Grievance on matters that I see wrong. So on 11/16/07 after all my complaints and pleas, I was taken to Rec Medical of which I was seen by a paramedic Ms. Douglas who could not figure out what it was and only had me sign a Request as I had already been doing, I was escorted back by C/O Herrera and back to wing were a Sgt Stoner was, he and C/O Herrera spoke in private, no on 11/19/07 I seen/flagged down Supt Hickerson and told him/showed him the huge splots of Red all over body and he assured me I'd Get Medical Attention in the A.M of 11/20/07 and I told him of my not having any Light in cell for over 10 days and of being denied a hair cut for court while the whole wing received hair cuts on 11/16/07 and purposely didn't take me and that was C/O Herrera, I also complained of the unsanitary/unlivable conditions here at C.C.I.J to Supt and to Lt Julian many times but is overlooked, such as my feet getting bad fungus on toe nails, Athletes foot, the water drain in shower has been clogged for 3 weeks and my cell has no hot water at all, the food is still being handled very unsanitary without any gloves or hairnets, today 11/20/07 I complained to F/O Salmon of more breakouts on body/neck and he became rude and said that if it was a Life/Death matter he'd call, so I got loud/went to Healthcare.

VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To accept my suit and allow me to prove factual events and to help me stop these staff and officials from violating their own rules and regulations and to teach them a lesson on violating state and federal constitutional laws that they too must abide by and to award me with punitive and monetary damages due to C.C.J. gross negligence and reckless disregard and deliberate indifference in denying me medical attention. CERTIFICATION an award of $3 Million

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 20th day of November, 20 07

*James Worthem*

_____
(Signature of plaintiff or plaintiffs)

James M Worthem AKA David Scott
(Print name)

2007-0071905
(I.D. Number)

James Worthem AKA David Scott #2007-0071905
P.O. Box 089002
Chicago Ill. 60608
(Address)

8

Revised: 7/20/05

(1)

I "James M. Worthem #" 2007-007-1905 was taken to the Rec-Paramedic "Ms. Douglas on 11/16/07 At Approx 9:30 p.m. due to an on going serious complaint of an spotted red outbreak all over my body and it's spreads bigger and more irretating with each passing day and only I have constantly showed Sheriff officers these nasty Rashes and have been denied A Medical Doctors inspection or testing as to what this issue consists of, it could be and is Due to the filthiness of this wing, shower and unsanitary conditions on 1-D- Divisions at which I've already written up the unlivable conditions and very unsanitary conditions that are leaving each and every Detainee on 1-D- to the possible exposures of A serious Medical condition that could possibly be deadly if gone untreated or unanswered by C.C. DOC officials As it already has been ignored and Denied the proper attention under both State and federal constitutional laws at which are continuously being violated extremely, on 11/16/07 I was Authorized to be escorted by c/o Herrera by SGT Stoner and was seen by paramedic "Douglas" of whom filled out a report on seeing visually Alot of unexplained Red circle splots all over chest and forearm, afterwards I was sent back to 1-D- without any further Medical Attention at all. Now on 11/19/07 At Approx 8:30 A.M. I Spoke to wing officer c/o MR. Butler and showed him my problem and of the spreading of these spots all over and he said he'd look into it, nothing happend, now later on at 2nd shift, I and the whole top Deck was let out at Approx 3:15 p.m. on 11/19/07, and at Approx 4:45 p.m. I personally was witnessed by the whole top Deck on 1-D-

Back →

P.S. Superintendant Mr. Patrick Pearson answered My Grievance on the unsanitary and Health issues on Detainees of whom he states are wearing hats, Gloves and Aprons upon passing out our food trays, of which we Detainees are invoking all federal and state rights that Detainees are not wearing Any protective wear for our food. We also have foot fungus. of speaking to Superintendant "Gary Hickerson" of whom I showed My red spots over body and Mr. Supt. visually witnessed these spots and the C/O in corridor with Supt and I, was Sheriff "Chico" and I also spoke about the Detainees and I of whom has been without light for over 10 days and of the filthy shower and the shower sewer stopped up for over 2 weeks and we have all constantly complained of these matters and Supt said that he'd look into the Light bulbs and the stopped up shower floor, this is all a Federal and state constitutional violation of Amend 8 and 14,13th and of the state Bill of Rights violation of sections 2, 8.1, 12, 20, 23, and 24. We Detainees are being forced to live under unsanitary conditions and are susseptible to catch any number amount of Diseases such as the one Detainee Mr. James Worthem AKA David Scott currently has and have had for over 20 days. today 11/20/07 Mr C/O Salmon was called by Me to cell upper 6 on 1-D and I showed him all the Rashes and he said "unless it's a Matter of Life and death I'd have to submit a request slip to Healthcare, I then tried to explain my situation but he said I became loud and Demanding and yes I did and had every right to do so. then only because of My actions was a paramedic called to My Attention who was Ms Douglas of whom I seen on 11/16/07 and she clearly stated before the whole top Deck that she Authorized Me to go to the Emergency room on 11/16/07 but C.C. D.O.C. Officials are extremely guilty of Denieing the proper Medical Attention.

# AFFIDavit OF AFFirmation under Penalty OF PerJury.

WE, names below, Affiants, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of our knowledge and belief. We further declare and affirm that the contents of the foregoing document(s) are known to us and are accurate to the best of our knowledge and belief. Finally, we do declare and affirm that the matter(s) at hand is not taken either frivolously or maliciously and that we believe the foregoing matters is taken in good faith.

Signed on this 20th day of November 2007

/s/ James M Worthem
A/K/A David Scott *Affiant

Witnesses of Truth:

* Mark Davis 20070069988
* Pedro I. Crespo 2007-004-6591
* Richard Ratulowski 2007-007-9919
* Derrick Gulley 20070054670
* Rogelio Barajas 2007-0015626
* Carl Tucker 20070032957
* Renee Guerrero #20070083746
* Quintin Watts #20060086053
* Kenneth Jones Jr. # 20070077298