PRISONER CASE



R

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** JAMES M. WORTHEM  
**Defendant(s):** GARY HICKERSON, etc., et al.

**County of Residence:** COOK  
**County of Residence:**

**Plaintiff's Address:**  
James M. Worthem  
#2007-0071905  
Cook County Jail  
P.O. Box 089002  
Chicago, IL 60608

**Defendant's Attorney:**

**07CV6687**
**JUDGE LEINENWEBER**
**MAG. JUDGE COLE**

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 5. Transferred From Other District
- [ ] 2. Removed From State Court
- [ ] 6. MultiDistrict Litigation
- [ ] 3. Remanded From Appellate Court
- [ ] 7. Appeal to District Judge from Magistrate Judgment
- [ ] 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison Condition

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [x] No

**Signature:** M. Burke  **Date:** 11/28/07

Leinenweber
Cole    07 C 6589

**FILED**
NOV 2 8 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOV 2 8 2007