CLERK MR. MICHAEL W DOBBINS.

FILED
12/5/07 MHN
DEC 13 2007 aew
12-13-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

This is James M Worthem, I'm sorry to be of an Inconvienance to you and please believe that I don't mean to make your Job any harder but I am extremely cautious on the copies I make at this C.C. Jail facility, I'm in Request and I am Indigent, I will be going home within the next 70 days or so and I'll start a Job again and pay the court fees and any cost for the making of any copies that you make for me, I would never push off any payment owed by me to anybody, so could you please make it possible for me to obtain my complaint 1983 forms that I sent at which is before Magistrate MR. Cole please each one is case # 07-C-6687 and 07-C-6589, I only had sent one copy and that was Do to my not being able to make extra copies, also could you please make just an extra copy of all that is within this envelope because it's my only ones and I don't trust C.C.J. officials with the handling of Any of my Documents, I'm satisfied with just the copies of all these papers and then thay can be forwarded to your Magistrates Attention please, Thank you so much for your help. May God continue to Bless you and yours and Do Have A Merry Christmas and A happy new Years. Send 5 more 1983 forms and I forma pauperis. The law clerk here is the one who told us that I only needed to send one copy and you'd →

take all the rest of copies needed for all Defendants and Mine since I was Indigent and filing by way of "forma pauperis". Thank you very Much

/s/ James M Worthem