

# 07 C 6687 (Judge Leinenweber)

## EXHIBITS

**FILED**

DEC 27 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

\* # 07-C-6687

Part-A / Control #: 2007 X 2345

Referred To: CERMAK

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: AKA Scott WORTHEM  First Name: AKA David James

ID #: 2007-0071905  Div.: 5  Living Unit: 1-D-06  Date: 11/21/07

BRIEF SUMMARY OF THE COMPLAINT: I've complained for over 13 days of first a Red rash and then Started to spread over my body and begin to get larger in size. I showed c/o Funches and other c/o's and then thank God I was answered on 11/16/07 when I was taken to the Receiving Paramedic Ms Douglas of whom filled out a request form and did look at the many red spots on chest and arms and neck but could not give a clue as to the outbreak, she then stated that with her signature I'd be called to E.R. faster. Afterwards I was taken back to my living wing and cell. Over the course of the weekend at which I was told there were no doctors, the spots spread more and became more irritating and I had to suffer and deal with it in fear. So on 11/19/07 I was seen by a Supt Hickerson of whom I showed this to as c/o Chico witnessed this and Supt stated if I ever had "Shingles" I said no he stated he'd get me to Doctor tomorrow but that never happen. I have been denied medical attention over and over again at Cook County Jail and I've had serious issues. So with my complaint on 11/20/07, c/o Salmon told me that unless I was dying he couldn't do anything about it. I yelled and demanded medical attention. Then paramedic "Douglas" came on wing and stated that on 11/16/07 she authorized me to be taken to the E.R. immediately and that c/o Herrera should of taken me but c/o Herrera states otherwise. I seen a Doctor Carasquio but still don't know the problem and now me

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: The Whole wing Detainees, c/o Funches, c/o Herrera, c/o Butler, c/o Salmon, Paramedic Ms Douglas, Dr. Casquio, Superintendant Hickerson, Sgt Stoner,

ACTION THAT YOU ARE REQUESTING: For Reckless Disreguard, Deliberate indifferent safety and sanitation violations and 8th Amendment violation and 14th Amend Violation. I will seek punative and monetary damages through state and Federal action suit for C.C.J. liabilities.

DETAINEE SIGNATURE: James Worthem AKA David Scott

C.R.W.'S SIGNATURE: G. Lewanski   DATE C.R.W. RECEIVED: 11/23/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

07 C-6687

Part-A / Control # 2007 X 2344

Referred To: SUPT. DIV. #5

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: AKA Scott Worthem   First Name: AKA David James

ID #: 2007-0071905   Div.: 5   Living Unit: 1-D-U6   Date: 11/21/07

BRIEF SUMMARY OF THE COMPLAINT: I Arrived back on 1-D on 11/6/07 and on 11/8/07 I noticed the shower floor stopped up with filthy water due to drain back up and I and other detainees brought it immediately to the attention of LT. Julian and other C.C.J. officials of whom constantly overlooks important matters that concern health issues and safety and sanitation. Nothing has been done of this problem and I and other detainees now have athletes foot and toe fungus bad. Also as Mr. Hickerson has Responded to my other Grievance on the matter of food handling, no detainee is of yet wearing Apron Gloves, nor hats upon the issuance of food trays. Why? also why are not my cell and other cells have any Hot water this is an illegal issue and C.C.J. officials are extremely Guilty of Abusing their powers to lock up detainees under Gross

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Plumber, Mr. Condition Gary Hickerson, LT. Julian, LT. McKill, All Detainees on 1-D-Div.5, C/O Herrera, C/O Funches, C/O Sandoval, Sgt. Robinson, Director Godinez

ACTION THAT YOU ARE REQUESTING: That these issues be Attended to once and for all, I am being forced to live under viable living conditions and to live in a building that should be condemned. I am invoking constitutional violations on state and federal guidelines and will seek actions on state and federal.

DETAINEE SIGNATURE: James Worthem, AKA David Scott

C.R.W.'S SIGNATURE: A. Jewanski   DATE C.R.W. RECEIVED: 11/23/07

*Please note:* Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)