07C 6687

EXHIBITS

FILED
FEB 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

① *Judge Coinlon* *Cole*

**DETAINEE COPY**

Div. 9 3H  3293 SE# 07C6687

Part-A/Control #: ___ X ___
Referred To: Supt. Div. 5 Hickerson
☒ Processed as a Request

Cook County Department of Corrections / Detainee Grievance

* James M Worthem (AKA) David Scott  * 2007-0071905  Div 5 - 2A  C4  1/30/08

*Summary of Complaint* How is it that the high Ranking officials of the Cook County Jail continue to "Get away with" Gross negligence, Deliberate Indifference and total disregard for the thousands of Detainees they continually house for political gain and Deep corruption that has gone on for many, many years and still continues because all is too consumed within their Greed and seeing the big picture but not noticing that the tiny picture has gotten clearer and bigger that could be imagined. There is such Deep Roots of corruption here at the Cook County Jail that always gets swept under the rug and if it does make it too the Medic's eyes or in a news print it's placed in a part of the paper that the taxpayers would hardly seem to pay any mind to, both C.C. officials and their staff alike are just as guilty of Murder, extortion, theft, Lies, and not only towards the Detainees they house but at times amongst one another. Cook County officials enforce their staff to bestow a constant 8th Amendment violation at cruel and unusual punishment and 13th Amend violation and 14th Amendment violations of Due process and equal protection clauses by their General Rules and they enforce em by all means necassary whether by beatings, trumped up disciplinary charges or even death at times and all staff are extremely guilty of violating the Rights of their Detainees. I personally have been a victim of Cook counties abusive methods and even by way of torturing the Mind —

② 

Just as well as the whole compound have gone and yet continue to go under Mental Anguish Methods by having to endure oppressive Measures at the Cook County Jail, which include but are not limited too, Health, Safety, and Sanitation Violations, we are forced to live under extreme filthy conditions that have caused some to break out with spots over body, even both Detainees and Staff have caught "Merca" at Cook County Jail and have been kept Quiet from the outside world, we are at times forced to go without lights in the cell for 2 to 3 weeks, almost all of Division 5 cells are without Hot Running Water because the Plumber stated that they no longer make the piece thats needed in order to have Running hot water, we are never afforded a broom or Mop for cell clean up as is part of the Rules and Regulations but if we Rip up a sheet or towel for that purpose then we are written up a ticket and sent to Seg while also getting charged for that infraction but yet we are not afforded any Cleaning chemicals to clean up our living areas and all at some point get sick but denied proper medical attention and catch foot fungus from shower area because it gets so vial and filthy that the gunk builds up and over time clogs up the drainage system and don't get Repaired, our bathroom don't have lights in order to shave and too Just see

and we all continue to complain but to no avail, you are all in Violation of our Civil Rights and we as pre-trial Detainees Demand Justice because we are all innocent until proven guilty! And then C.C.J Officials makes us out to be animals when there are stabbings or serious beatings, you keep us locked down like a bunch of dogs and continuously pick and pick and take and take until we explode but not on your staff but on each other because we are forced to be ignorant towards the Administrative Laws, Rules and Regulations, we Demand that they be Posted up in every wing throughout this compound, enough is enough already. Officials and staff alike have been to laxed over the many years and we only want what we got coming to us by Law.

★ name of staff or Detainees having information on this serious complaint. ★ All Detainees on compound All Superintendants in every division, even chief of every division, Director Salvador Godinez and the Sheriff of Cook County Mr Tom Dart.
★ Also whole wing on 2-A-D7v5.]

★ Action Requested: that staff and officials wake up and tend to our state and federal Laws that work for us and to began earning their pay checks and give us by Rights, our Health, Safety and Sanitation. We don't want Revenge just our Rights by Justice we also want Razors on a regular basis - Sunday thru Thursday/court-

We don't want any more sleeping on the floors, we want all staff and Detainees to wear gloves/hair nets when touching our food trays, we want to live in a clean and sanitary environment, we want cleaning supplies on a regular basis, lights for cells and bathroom, we want our Do Respects from staff and we want officers to keep a policy of keeping their hands to theirselves, no more beatings, enough is enough already. We want something done about the extremely bad infestation of mice, spiders and nats. Why are we only getting razors once a week when courts are in session six a week! We also want Sgt. Robinson 3-11 shift to be put under investigation for beating, punching and kicking Detainee "Peoples" 2/3/08 in upper 1-Div 5 2A on Sunday night in hallway with 4.0 Garza, others present while this Detainee was hand cuffed, and this Sgt. often too many times comes to work drunk and drinks liquor while on the job, you can clearly see it on his face and smell on breath and this Sgt poses a threat to those around him because of his temper and drinking problem and we Detainees will be seeking justice by way of a federal and state law-suit for these on going injustices by Cook County Jail staff and officials alike. Our voices will be heard once and for all.

The signatures of the concerned Detainees * All is true

* James Workmen # 2007-0071905
* Darrell McChristan # 2007-0095736
* Brandon White       # 2007-0091127
* Andre Daines        # 2008-0005252
* Julius Erving       # 2008-0004058
* Edward Cruz         # 2008-0006165
* Raheem Derrara      # 2008-0004800
* Mario Torres
* Janhma Allen        # 2007-0043729
* Robert Anderson     # 2008-0085301
* Rodriguez           # 2006-0085232
* Miguel Vega
* Kevin Lamb          # 2008-0004079
* Isiah Ryals         # 2007-0095725
* Steven Pitts        # 2008-0006955
* Marzan Williams     # 2008-0004641
* Michael Mendoza     # 2007-0075724
* Dennis M Dresden    # 2007-0088283
* William T Hinton    # 2008-0006033
* Claude Massey       # 2008-0005963
* Razmus Stanislow    # 2007-0091542
* Mather Henderson    # 2008-0006153

PART – C

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

Judge Leinenweber

**Please Note :**
- If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.
- When processed as a request, an appeal of the response and/or action taken cannot be made.
- When processed as a request, PART-B is not applicable.

**Detainee's Last Name:** Scott    **First Name:** David

**ID#:** 2007-0071905    **Div:** 5    **Tier/LivingUnit:** 2A

**Date of Request:** 1/30/08    **Date C.R.W. Received Request:** 2/7/08

**This request has been processed by:** M. Mcfarlane    **C.R.W.**

**Summary of Request:**

Detainee has multiple issues regarding his opinion on how to run CCDOC.

**Response and/or Action Taken:**

ON FEB 7 2008 I REPORTED TO WING 2A WITH MY LT, SANITATION OFFICER AND REGULAR WING OFFICER TO ADDRESS THIS GRIEVANCE. ALL ISSUES WERE DISCUSSED. THE RULES AND REGULATIONS ARE POSTED AND MADE AVAILABLE TO THE INMATES ON THE WING AS WELL AS ON INTAKE. THE RAZOR POLICY WAS EXPLAINED AND THE CLEANING SUPPLY ISSUE WAS DOCUMENTED. THERE WERE NO COMPLAINTS AFTER THE DISCUSSION AND EXPLANATION.

CAPT. HUDIK    Capt Hudik    **Date:** FEB/07/08    **Div./Dept.** 5
(Print- name of individual responding)    (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )    ( YELLOW COPY – C.R.W. WEEKLY PACK )    ( PINK COPY – DETAINEE )