**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James Worthem | 07C6687 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Hickerson | S/C |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ms. Douglas, Paramedic

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2700 S California Street Chicago Ill, 60608 Division #5

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Worthem, #2007-0071905
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

All parties/Defendants to be served All work in Division 5 of the Cook County Jail on the 7 to 3 shift and Also on the 3-11 shift. paramedic Ms. Douglas can be Located in Cermak Healthcare or Div 5 Also as Mr. Gary Hickerson is Supt of Div 5.

Signature of Attorney or other Originator requesting service on behalf of: James Worthem
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 02-11-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) — Total Process: 6 of 6 — District of Origin: No. 24 — District to Serve: No. ___ — Signature of Authorized USMS Deputy or Clerk: TD — Date: 02-11-08

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Jean Kiriaces Director CQI/RM

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

FILED
Mar 3, 2008
MAR X 3 2008 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date of Service: 2-22-08　Time: 10:00 am
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| One | Service fee charged + location | | | | |

REMARKS: See process sheet #1 for Charges.

PRIOR EDITIONS MAY BE USED　　**1. CLERK OF THE COURT**　　FORM USM-285 (Rev. 12/15/80)