# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:
James M. Worthem v. Dr. Crasquillo, et al.,

Case Number: 07 CV 6687

Judge: Lindberg

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dr. Carasquillo, Dr. Ting, Paramedic Ms. Douglas, Sheriff Thomas Dart, Chief Wright and Director Godinez

SIGNATURE /s/ Michael L. Gallagher ARDC# 6281432

FIRM COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500

CITY/STATE/ZIP CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)
# 6281432

TELEPHONE NUMBER
(312) 603-3124

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☒ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐