UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES M. WORTHEM, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6687 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Harry D. Leinenweber |
| DR. CARASQUILLO, DR. A . TING, | ) | |
| PARAMEDIC MS. DOUGLAS, | ) | Magistrate Judge |
| TOM DART-SHERIFF, CHIEF WRIGHT, | ) | |
| DIR. ALVADOR GODINEZ, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME Defendants DR. CARASQUILLO, DR. TING, PARAMEDIC DOUGLAS, SHERRIF THOMAS DART, CHIEF WRIGHT AND DIRECTOR GODINEZ, by their attorney Richard A. Devine, State's Attorney of Cook County, through his assistant, Michael L. Gallagher, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), state as follows:

1. That based upon information and belief, the above named Defendant was served with process, on or about February 22, 2008.

2. The above named Defendants requested that the Cook County State's Attorney's Office represent him on March 4, 2008

3. The undersigned counsel received the Complaint on March 4. 2008, and requires time to investigate the allegations contained in Plaintiff's Complaint.

4. That undersigned has ordered all records that may be related to Plaintiff's federal claims and these documents are not likely to be received by undersigned counsel for at least 21 days.

5. That undersigned counsel is not being dilatory in bringing this motion, and that said motion is brought in good faith.

WHEREFORE, the Defendant requests that this Honorable Court grant the following relief:

    a. That this Honorable Court grant an enlargement of time, up to and including April 10, 2008, for Defendant to file an Answer or otherwise plead;

    b. And to grant any other relief it deems necessary and just.

Respectfully submitted,
State's Attorney of Cook County

/s/ Michael L. Gallagher
Michael L. Gallagher
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3124
No. 6284132