UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES M. WORTHEM, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6687 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Harry D. Leinenweber |
| DR. CARASQUILLO, DR. A . TING, | ) | |
| PARAMEDIC MS. DOUGLAS, | ) | Magistrate Judge |
| TOM DART-SHERIFF, CHIEF WRIGHT, | ) | |
| DIR. ALVADOR GODINEZ, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: James W. Worthem #2007-0071905
Cook County Department of Corrections
2700 S. California
P.O. Box 089002
Chicago, Illinois 60608

YOU ARE HEREBY NOTIFIED that on March 13, 2008 at 9:30 a.m. or as soon as counsel may be heard, the undersigned will appear before the Honorable Harry D. Leinenweber, in room 1941 of the Dirksen Building, 219 South Dearborn Street Chicago, Illinois, and then and there present the attached Defendant's Motion for enlargement of time to answer or otherwise plead.

RICHARD A. DEVINE
STATE'S ATTORNEY OF COOK COUNTY

/s/ Michael L. Gallagher
Michael L. Gallagher No. 6284132
Assistant States Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3124

## PROOF OF SERVICE

I, Michael L. Gallagher, Assistant State's Attorney, hereby certify that I mailed a copy of the above notice, together with the documents referenced therein, to Plaintiff listed above, on March 10, 2008, at or before 5:00 p.m. with proper postage prepaid.

/s/ Michael L. Gallagher
Michael L. Gallagher