**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES M. WORTHEM, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6687 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Harry D. Leinenweber |
| DR. CARASQUILLO, DR. A . TING, | ) | |
| PARAMEDIC MS. DOUGLAS, | ) | Magistrate Judge |
| TOM DART-SHERIFF, CHIEF WRIGHT, | ) | |
| DIR. ALVADOR GODINEZ, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:    James W. Worthem #2007-0071905
       Cook County Department of Corrections
       2700 S. California
       P.O. Box 089002
       Chicago, Illinois 60608

YOU ARE HEREBY NOTIFIED that on April 11, 2008, I caused to be filed with the federal clerk in the United States District Court for the Northern District, Illinois, Eastern Division the attached Defendants' Answer to Plaintiff's Complaint.

                                        RICHARD A. DEVINE
                                        STATE'S ATTORNEY OF COOK COUNTY

                                        /s/ Michael L. Gallagher
                                        Michael L. Gallagher
                                        Assistant State's Attorney
                                        500 Richard J. Daley Center
                                        Chicago, IL 60602
                                        (312) 603-3124
                                        No. 6284132

## PROOF OF SERVICE

I, Michael L. Gallagher, Assistant State's Attorney, hereby certify that I mailed a copy of the above notice, together with the documents referenced therein, to Plaintiff listed above, on April 11, 2008, at or before 5:00 p.m. with proper postage prepaid.

                                        /s/ Michael L. Gallagher_
                                        Michael L. Gallagher