AC

07C 6687

NOTICE OF CHANGE OF ADDRESS BY PLAINTIFF

**FILED**
JUN 2 3 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, EASTERN DIVISION
NORTHERN DISTRICT OF ILLINOIS

YOU ARE HEREBY NOTIFIED THAT ON JUNE 6th OF 2008, I JAMES M. WORTHEM HAVE been transferred from the Stateville C.C. to the Illinois River C.C. I DO Apologize for the Delay but it was beyond my control. For future References please send any and all notices and Documents on the below listed cases to me /plaintiff. THANK you.

James M. WORTHEM V. Deputy Boyle # 07 C 6589. / 08C-2291 #07 C 6687
Honorable Judge assigned to: MR. HARRY D. Leinenweber

James M. WORTHEM V. DR. Carasquillo et al. # 07 C 6687
Honorable Judge assigned to: MR. HARRY D. Leinenweber

James M. WORTHEM V. Jennifer Hall et al. # 07 C 7255
Honorable Judge assigned to: MR. James B. ZAGEL

James M. WORTHEM V. Venkatta Nataam et al. # 08 CV 1865
Honorable Judge assigned to: MRS. Joan H. Lefkow

James M. WORTHEM V. Roger E. Walker et al. # 08 CV 3200
Honorable Judge assigned to: MR. Kendall

James M. WORTHEM V. C.P.D. Michael Nolan et al. # 08 C 2444
Honorable Judge assigned to: MR. William T. Hart

James M. WORTHEM V. Edwin A. Burnette et al. # 08 C 2445
Honorable Judge assigned to: MR. DER-YEGHIAYAN

TO: OFFICE OF
CLERK OF the U.S. District court
UNITED States court House
219 South Dearborn Street
Chicago Illinois 60604

FROM: JAMES M WORTHEM
(AKA) David Scott # B-12629
P.O. BOX 1900
CANTON ILL, 61520

PROOF OF SERVICE

I, James M. WORTHEM, Plaintiff/pro-se, Hereby certify that I mailed copy of the above notice of Transfer together with the Documents referenced therein, to the District court Clerk and to MR. Michael L. Gallagher No. 6284132 of whom Represents the Defendant on Case # 07 C 6589 and Case # 07 C 6687 on 6/17/08, at or before 7pm, with proper postage pre-pd.

/s/ James Worthem